GEORGE E. PANTLIND v. THE CITY OF GRAND RAPIDS.

[See 61 Mich. 144.]

*Dedication of lands—Adverse possession.*

This case is ruled by the decision in *Sheldon v. City of Grand Rapids, ante,* 508.

Error to superior court of Grand Rapids.   (Burlingame, J.)    Argued May 23, 1888.   Decided October 12, 1888.

Ejectment.   Plaintiff brings error.   Affirmed.   The facts are stated in the opinion, and in *Sheldon v. City of Grand Rapids, ante,* 508, and in 61 Mich. 144.

*More & Wilson,* for appellant.

*James W. Ransom,* for defendant.

SHERWOOD, C. J.   This suit is an action of ejectment against the city of Grand Rapids to recover possession of an undivided one-half of the south half of court-house square, in that city.

The case was tried in the superior court of Grand Rapids, before the judge thereof without a jury.   Judgment was rendered upon the findings of the court for the defendant, and the plaintiff brings error.

The circumstances of this case are so nearly like those in the case of *Sheldon v. City of Grand Rapids, ante,* as to be ruled by it.   The only difference between the two cases is that one involves the title to one-half and the other to one-quarter of the same property,—it being the public park in the city of Grand Rapids.   The same judgment must therefore be given.

The judgment in the superior court will be affirmed.

CAMPBELL and LONG, JJ., concurred.

MORSE, J.   I concur in the result.

CHAMPLIN, J., did not sit.